1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113                                    ***E-FILED - 11/21/08***
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE LUIS GARCIA-VALADEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. CR-08-00673 RMW
                                       )
13               Plaintiff,            )   **STIPULATION TO CONTINUE**
    v.                                 )   **STATUS CONFERENCE; []**
                                       )   **ORDER**
14  JOSE LUIS GARCIA-VALADEZ           )
                                       )
15               Defendant.            )
                                       )
16  _____    )

17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the hearing date in the above-captioned matter, presently

20  scheduled on Monday, November 10, 2008 be continued to Monday, November 17, 2008 at 9:00

21  a.m.  The continuance is necessary for defense counsel's preparation.

22      The parties further agree and stipulate that time should be excluded from and including

23  Monday, November 10, 2008 through and including Monday, November 17, 2008, to provide

24  defense counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C.

25  §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
No. CR-08-00673                          1

the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: November 7, 2008                                   _____/s/_____
                                                         NICHOLAS P. HUMY
                                                         Assistant Federal Public Defender


Dated: November 7, 2008                                   _____/s/_____
                                                         DANIEL KALEBA
                                                         Assistant United States Attorney


**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, November 10, 2008 will be continued to Monday, November 17, 2008 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between November 10, 2008 through and including November 17, 2008, shall be excluded as the reasonable time necessary for effective defense preparation, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __11/21/08__                                       _____
                                                         HONORABLE RONALD M. WHYTE
                                                         United States District Judge