1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | LAURA M. DURITY
Special Assistant United States Attorney

5

6 | 150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-0931                           ***E-FILED - 2/12/09***
7 | Facsimile:  (408) 535-5066
Email: laura.durity@usdoj.gov

8

Attorneys for the United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,          )        No.     CR 08-00673 RMW
                                       )
15 |       Plaintiff,                   )        STIPULATION TO CONTINUE STATUS
                                       )        CONFERENCE; [] ORDER
16 |   v.                               )
                                       )
17 | JOSE LUIS GARCIA-VALADEZ,          )
                                       )
18 |       Defendant.                   )
                                       )
19 | _____   )

20 |      Defendant and the government, through their respective counsel, hereby stipulate that,

21 | subject to the court's approval, the hearing date in the above-captioned matter, presently

22 | scheduled on Monday, February 9, 2009 be continued to Monday, February 23rd, 2009 at 9:00

23 | a.m.  The continuance is necessary for defense counsel's preparation and for defense continuity

24 | of counsel.

25 |      The parties further agree and stipulate that time should be excluded from and including

26 | Monday, February 9, 2009 through and including Monday, February 23rd, 2009, to provide

27 | defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C.

28 | §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

1  the requested exclusion of time will serve the interest of justice and outweigh the interest of the

2  public and the defendant in a speedy trial.

3

4  DATED: January 29, 2009                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6                                             ___/s/_____
                                              LAURA M. DURITY
7                                             Special Assistant United States Attorney

8

9                                             ___/s/_____
                                              NICHOLAS HUMY
10                                            Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that the hearing date presently set for Monday, February 9, 2009 will be continued to

Monday, February 23, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between February 9, 2009 through and

including February 23, 2009, shall be excluded as the reasonable time necessary for effective

defense preparation, pursuant to the Speedy Trial Act,  18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  2/12/09

_Ronald M. Whyte_

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE