MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

*E-FILED - 2/9/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>    v. <br> LUIS JOSE GARCIA-VALADEZ, <br>     Defendant. | No.   CR 08-00673 RMW <br><br> STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING FROM FEBRUARY 14, 2011 TO MARCH 7, 2011 AND CHANGING THE BRIEFING SCHEDULE |

    The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for February 14, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for March 7, 2011 at 9:00 a.m.

    On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. At the sentencing hearing on January 24, 2011, Mr. Garcia-Valadez indicated that he may request new counsel prior to the next hearing. Pursuant to this indication, the District Court set a hearing on the motion for February 14, 2011

and ordered that any subsequent motions filed by new counsel for Mr. Garcia-Valadez be filed by February 7, 2011.  The Court ordered that the government respond to the first or second motion, whichever was later in time, by February 10, 2011.  These proceedings were conducted with previous government counsel, Dave Paxton.

Unfortunately, current government counsel will be out of the office on work-related matters from February 7-18, the dates for the briefing deadlines and the motion hearing.  The parties, thereby, jointly request that the motion hearing be re-set for March 7, 2011, and further request that the deadline for filing any subsequent briefs by new counsel for Mr. Garcia-Valadez be extended to February 21, 2011 and the deadline for a government response be extended to February 28, 2011.  The parties agree that the failure to grant the requested continuance would unreasonably deny government counsel the opportunity to appear at the motion hearing and effectively prepare a response to any subsequent motions filed by Mr. Garcia-Valadez.

DATED: February 4, 2011                MELINDA HAAG
                                       United States Attorney


                                       /S/_____
                                       SUZANNE M. DeBERRY
                                       Assistant United States Attorney



                                       /S/_____
                                       MARY E. CONN
                                       Attorney for Defendant

| | |
|---|---|
| 1 | [ XXXXXXX ] **ORDER** |
| 2 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3 | ORDERS that the hearing in this matter previously set for February 14, 2011 at 9:00 a.m. is |
| 4 | vacated, and the matter is continued to March 7, 2011 at 9:00 a.m.  Further, the Court ORDERS |
| 5 | that any subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by |
| 6 | February 21, 2011 and any response from the government be filed by February 28, 2011. |

IT IS SO ORDERED.

DATED: 2/9/11

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE