BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290  FAX:  (408) 275-1396

*E-FILED - 3/28/11*

Attorney for Defendant
JOSE LUIS GARCIA-VALADEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE LUIS GARCIA-VALADEZ, )<br>)<br>Defendant )<br>) | Case No.: CR-08-00673-RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING FROM MARCH 21, 2011<br>TO MAY 16, 2011 AND CHANGING<br>THE BRIEFING SCHEDULE** |

The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea pursuant to hearing currently set for April 11, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for May 16, 2011 at 9:00 a.m.

On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new counsel of record.

Because defense counsel has just substituted in as attorney of record in this matter, he requires additional time to complete the investigation into the facts and circumstances of the case to

- 1-

**Stipulation and [ Order**

1 prepare the motion to withdraw the plea.  On March 17, 2011, counsel for both parties agreed to
2 continue the deadline to submit defendant's Motion to Withdraw Plea from March 21, 2011 to
3 April 25, 2011   The parties also agreed to request a continuance of the hearing date set for the
4 motion from April 11, 2011 to May 16, 2011.

5    The parties, thereby, jointly request that the motion hearing be reset for May 16, 2011 and
6 further request that the deadline for filing the motion by defense counsel for Mr. Garcia-Valadez
7 be extended to April 25, 2011 and the deadline for a government response be extended to May 2,
8 2011.

10 IT IS SO STIPULATED.

12 Dated: March 18, 2011                          _____/s/_____
                                                  BERNDT INGO BRAUER
13                                                Attorney for Defendant
14                                                JOSE LUIS GARCIA-VALADEZ

17 IT IS SO STIPULATED

19 Dated:  March 18, 2011                         _____/s/_____
                                                  SUZANNE M. DeBERRY
20                                                 Assistant U.S. Attorney

- 2-

**Stipulation and [Proposed] Order**

1 **[] ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the hearing in this matter previously set for March 21, 2011 at 9:00 a.m. is vacated,
4 and the matter is continued to May 16, 2011 at 9:00 a.m. Further, the Court ORDERS that any
5 subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by April 25, 2011
6 and any response from the government be filed by May 2, 2011.

7  IT IS SO ORDERED.

8 Dated: 3/28/11                   /s/ Ronald M. Whyte
                                   RONALD M. WHYTE
9                                  United States District Court Judge