BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290  FAX:  (408) 275-1396

Attorney for Defendant
JOSE LUIS GARCIA-VALADEZ

*E-FILED - 5/12/11*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE LUIS GARCIA-VALADEZ,<br><br>　　　　　Defendant | Case No.: CR-08-00673-RMW<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING SENTENCING**<br>**HEARING FROM MAY 16, 2011**<br>**TO AUGUST 22, 2011 AND CHANGING**<br>**THE BRIEFING SCHEDULE** |

　　　The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea pursuant to hearing currently set for May 16, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for August 22, 2011 at 9:00 a.m.

　　　On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new counsel of record.

　　　Mr. Garcia-Valadez's immigration attorney has requested documents pertaining to a prior matter from 1980.  However, due to the age of the file, it will take up to three months to obtain

- 1-

**Stipulation and [] Order**

1 these documents.  On April 20, 2011, counsel for both parties agreed to continue the deadline to
2 submit defendant's Motion to Withdraw Plea from April 25, 2011 to July 20, 2011.   The parties
3 also agreed to request a continuance of the hearing date set for the motion from May 16, 2011 to
4 August 22, 2011.

   The parties, thereby, jointly request that the motion hearing be reset for August 22, 2011 and further request that the deadline for filing the motion by defense counsel for Mr. Garcia-Valadez be extended to July 20, 2011 and the deadline for a government response be extended to July 27, 2011.

IT IS SO STIPULATED.

Dated:  April 22, 2011                          _____/s/____
                                                BERNDT INGO BRAUER
                                                Attorney for Defendant
                                                JOSE LUIS GARCIA-VALADEZ

IT IS SO STIPULATED

Dated:  April 22, 2011                          _____/s/____
                                                SUZANNE M. DeBERRY
                                                Assistant U.S. Attorney

**Stipulation and [Proposed] Order**

1  **[] ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the hearing in this matter previously set for May 16, 2011 at 9:00 a.m. is vacated,

4  and the matter is continued to August 22, 2011 at 9:00 a.m. Further, the Court ORDERS that any

5  subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by July 20, 2011 and

6  any response from the government be filed by July 27, 2011.

7  IT IS SO ORDERED.

8  Dated: 5/12/11

*Ronald M. Whyte*

9  RONALD M. WHYTE
   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and [] Order**