1  BERNDT INGO BRAUER
   ATTORNEY AT LAW
2  STATE BAR NO. 96699
   111 WEST ST. JOHN STREET
3  SUITE 555
   SAN JOSE, CA 95113                                     *E-FILED - 8/9/11*
4  TEL: (408) 275-1290  FAX: (408) 275-1396

5  Attorney for Defendant
   JOSE LUIS GARCIA-VALADEZ
6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12  PEOPLE OF THE STATE OF CALIFORNIA, )   Case No.: CR-08-00673-RMW
                                       )
13          Plaintiff,                 )   **STIPULATION AND []**
                                       )   **ORDER CONTINUING SENTENCING**
14      vs.                            )   **HEARING FROM AUGUST 22, 2011**
                                       )   **TO OCTOBER 31, 2011 AND CHANGING**
15  JOSE LUIS GARCIA-VALADEZ,          )   **THE BRIEFING SCHEDULE**
                                       )
16          Defendant                  )
                                       )
17

18      The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective

19  counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea

20  pursuant to hearing currently set for August 22, 2011 at 9:00 a.m. be vacated, and that the hearing

21  be re-set for October 31, 2011 at 9:00 a.m.

22      On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326,

23  re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-

24  Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order

25  granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new

26  counsel of record.

27      Mr. Garcia-Valadez's immigration attorney has requested documents pertaining to a prior

28  matter from 1980. However, due to the age of the file, it will take up to three months to obtain

- 1 -

**Stipulation and [] Order**

1  these documents.  On July 5, 2011, counsel for both parties agreed to continue the deadline to
2  submit defendant's Motion to Withdraw Plea from July 20, 2011 to September 26, 2011.   The
3  parties also agreed to request a continuance of the hearing date set for the motion from August 22,
4  2011 to October 31, 2011.
5      The parties, thereby, jointly request that the motion hearing be reset for October 31, 2011 and
6  further request that the deadline for filing the motion by defense counsel for Mr. Garcia-Valadez
7  be extended to September 26, 2011 and the deadline for a government response be extended to
8  October 3, 2011.

10  IT IS SO STIPULATED.

12  Dated: July 13, 2011                                       _____/s/____
13                                                              BERNDT INGO BRAUER
                                                                Attorney for Defendant
14                                                              JOSE LUIS GARCIA-VALADEZ

17  IT IS SO STIPULATED

19  Dated:  July 13, 2011                                      _____/s/____
20                                                              SUZANNE M. DeBERRY
                                                                Assistant U.S. Attorney

- 2-

**Stipulation and [] Order**

1 **[] ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the hearing in this matter previously set for August 22, 2011 at 9:00 a.m. is vacated,

4 and the matter is continued to October 31, 2011 at 9:00 a.m. Further, the Court ORDERS that any

5 subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by September 26,

6 2011 and any response from the government be filed by October 3, 2011.

7 IT IS SO ORDERED.

8 Dated: 8/9/11

*Ronald M. Whyte*

9 RONALD M. WHYTE
United States District Court Judge

**Stipulation and [] Order**