BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290  FAX: (408) 275-1396

Attorney for Defendant
JOSE LUIS GARCIA-VALADEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE LUIS GARCIA-VALADEZ, ) <br> ) <br> Defendant ) <br> ) | Case No.: CR-08-00673-RMW <br><br> **STIPULATION AND []** <br> **ORDER CONTINUING SENTENCING** <br> **HEARING FROM OCTOBER 31, 2011** <br> **TO NOVEMBER 14, 2011 AND** <br> **CHANGING** <br> **THE BRIEFING SCHEDULE** |

The Parties, Luis Jose Garcia-Valadez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the Motion to Vacate the Plea pursuant to hearing currently set for October 31, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for November 14, 2011 at 9:00 a.m.

On October 19, 2010, Mr. Garcia-Valadez entered a plea of guilty to violating 8 U.S.C. §1326, re-entry following deportation, pursuant to a plea agreement. On January 23, 2011, Mr. Garcia-Valadez filed a motion to withdraw his plea. On March 7, 2011, this Court signed the Order granting Mr. Garcia-Valadez's application to substitute attorney Berndt Ingo Brauer as his new counsel of record.

Mr. Garcia-Valadez's immigration attorney Victor Castro had requested documents pertaining to a prior matter from 1980.  However, due to the age of the file, it took several months to obtain

- 1-

**Stipulation and [] Order**

1  these documents.  After Mr. Castro obtained these documents, he realized he had received the
2  wrong file, and needed to reorder it.  On September 19, 2011, counsel for both parties agreed to
3  continue the deadline to submit defendant's Motion to Withdraw Plea from September 26, 2011 to
4  October 14, 2011.   The parties also agreed to request a continuance of the hearing date set for the
5  motion from October 31, 2011 to November 14, 2011.
6     The parties, thereby, jointly request that the motion hearing be reset for November 14, 2011
7  and further request that the deadline for filing the motion by defense counsel for Mr. Garcia-
8  Valadez be extended to October 14, 2011 and the deadline for a government response be extended
9  to October 21, 2011.
10
11 IT IS SO STIPULATED.
12
13 Dated:  September 21, 2011                              /s/
                                                BERNDT INGO BRAUER
14                                              Attorney for Defendant
15                                              JOSE LUIS GARCIA-VALADEZ
16
17
18 IT IS SO STIPULATED
19
20 Dated:  September 21, 2011                              /s/
                                                SUZANNE M. DeBERRY
21                                              Assistant U.S. Attorney
22
23
24
25
26
27
28

- 2-

**Stipulation and [] Order**

**[] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 31, 2011 at 9:00 a.m. is vacated, and the matter is continued to November 14, 2011 at 9:00 a.m. Further, the Court ORDERS that any subsequent motions from Mr. Garcia-Valadez relating to the hearing be filed by October 14, 2011, 2011 and any response from the government be filed by October 21, 2011.

IT IS SO ORDERED.

Dated: _____

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

- 3-

**Stipulation and [] Order**